UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMY JO FRAZIER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TACOMA POLICE DEPARTMENT,<br><br>　　　　　　Defendant. | CASE NO. 3:24-cv-05239-TMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　This action is DISMISSED without prejudice for Plaintiff's failure to prosecute.

(3)　The Application to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED as moot.

(3)　The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Grady J. Leupold.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1 | **DATED** this 26th day of July, 2024.

                                                         Tiffany M. Cartwright
                                                       United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2